JAMES C. GALLO, ESQ.
Nevada Bar No. 005959
818 S. Casino Center Blvd.
Las Vegas, Nevada 89101
Telephone: (702) 385-3131
Facsimile: (702) 385-3130
*Email: James@GalloLawOffice.com*
Attorney for Defendant
ARCELI SANCHEZ

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 22-MJ-00555-BNW |
| Plaintiff, | ) ) ) | |
| v. | ) ) | STIPULATION AND ORDER TO CONTINUE ARRAIGNMENT |
| ARCELI SANCHEZ, | ) ) ) | |
| Defendant, | ) ) | (First Request) |
| | ) | |

IT IS HEREBY STIPULATED by and between ARCELI SANCHEZ, Defendant, by and through counsel JAMES C. GALLO, JR., ESQ.; and the United States of America, by and through, ANGELICA MARMORSTEIN, ESQ., Assistant United States Attorney, and the Arraignment currently scheduled for August 18, 2022, at the hour of 11:00 a.m., be continued to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant has requested a continuance from Assistant U.S. Attorney Angelica Marmorstein who has no objection to this continuance.

2. Counsel for Defendant will be in a hearing in District Court that is scheduled to go for argument at the same time and day.

3. Counsel for Defendant a continuance of thirty to sixty days if possible to appear in court, as Defendant has also just started a brand new job.

4. Denial for this request for continuance would deny the parties herein time and the opportunity to appear in person, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance would result in a miscarriage of justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Arraignment date.

7. The additional time requested by this stipulation, is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7) (A), considering the factors under 18 U.S.C. 3161 (h)(7)(B)( i) and 3161 (h)(7)(B)(iv).

8. This is the first request for a continuance of the Arraignment date in this case.

DATED this 15th day of August, 2022.

Respectfully submitted.

| GALLO LAW OFFICE | UNITED STATES ATTORNEY |
|---|---|
| */S/ James C. Gallo* | */S/ Angelica Marmorstein* |
| JAMES C. GALLO, ESQ. | ANGELICA MARMORSTEIN, ESQ. |
| Nevada Bar No. 005959 | Assistant United States Attorney |
| 818 S. Casino Center Blvd. | 501 Las Vegas Boulevard South |
| Las Vegas, NV  89101 | Suite #1100 |
| Attorney for Defendant | Las Vegas, NV  89101 |
| ARCELI SANCHEZ | |

JAMES C. GALLO, ESQ.
Nevada bar No. 005959
818 S. Casino Center Blvd.
Las Vegas, Nevada 89101
Telephone: (702) 385-3131
Facsimile: (702) 385-3130
*Email: James@GalloLawOffice.com*
Attorney for Defendant
ARCELI SANCHEZ

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ARCELI SANCHEZ, ) <br> ) <br> Defendant, ) <br> ) | Case No.: 22-MJ-00555-BNW <br><br> ORDER TO CONTINUE ARRAIGNMENT <br><br> (First Request) |

FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Counsel for Defendant has requested a continuance from Assistant U.S. Attorney Angelica Marmorstein who has no objection to this continuance.

2. Counsel for Defendant will be in a hearing in District Court that is scheduled to go for argument at the same time and day.

3. Counsel for Defendant a continuance of thirty to sixty days to appear in court, as Defendant has also just started a brand new job.

4. Denial for this request for continuance would deny the parties herein time and the opportunity to appear in person, taking into account, the exercise of due diligence.

5. Additionally, denial of this request for continuance would result in a miscarriage of justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Arraignment date.

7. The additional time requested by this stipulation, is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7) (A), considering the factors under 18 U.S.C. 3161 (h)(7)(B)( i) and 3161 (h)(7)(B)(iv).

8. This is the first request for a continuance of the Arraignment date in this case.

## CONCLUSIONS OF LAW

The end of justice served by granting said continuance outweigh the best interest of the public and defendant in a speedy trial since the failure to grant said continuance would likely result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing taking into account the exercise of due diligence.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

The continuance sought herein is excludable under the Speedy Trial Act, Title 18 U.S.C. 3161(h)(7) (B)(i), considering the factors under title 18 U.S.C. 3161 (h)(7)(B)( i) and 3161 (h)(7)(B)(iv).

### ORDER

IT IS FURTHER ORDERED that the Arraignment scheduled for August 18, 2022, at the hour of 11:00 a.m., be vacated and continued to September 15, 2022 at 9:30 a.m.

DATED this 17th of August, 2022.

_____
UNITED STATES MAGISTRATE